IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT CULLARS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-020 |
| | ) | |
| MARK MOORE, Sheriff, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff, incarcerated at Calhoun State Prison, is proceeding *pro se* and requested permission to proceed *in forma pauperis* ("IFP") in this case, filed pursuant to 42 U.S.C. § 1983, concerning events alleged to have occurred in Wilkes County, Georgia. On April 3, 2025, the Court recommended dismissing the case without prejudice because Plaintiff, despite receiving an extension of time until March 26, 2025, to do so, failed to return his Consent to Collection of Fees forms as directed and as is required to proceed IFP. (See doc. nos. 4-6, 8.) After entry of the recommendation for dismissal, Plaintiff's required IFP paperwork arrived at the Court. (Doc. nos. 10, 11.) Although the Court does not condone Plaintiff's failure to timely submit the required IFP documents,[1] because Plaintiff has now provided the necessary paperwork, the Court **VACATES** its April 3rd recommendation for dismissal. (Doc. no. 8.)

As Plaintiff has furnished a certified copy of his trust fund account statement and has consented to the collection in installments of the $350.00 filing fee and any costs from his

---

[1]The most recent Trust Fund Account Statement was signed by a prison official a week before the March 26th deadline, (doc. no. 11), but Plaintiff did not sign the Consent to Collection of Fees form until March 27, 2025, (doc. no. 10).

prison trust account, and based on the information furnished by Plaintiff, the Court **ORDERS** Plaintiff to pay an initial filing fee of **$5.33** within thirty days from the date of this Order. [2]

If Plaintiff does not have sufficient funds in his account to pay the initial partial filing fee of **$5.33**, Plaintiff's custodian (or his designee) shall forward all available funds and carry the balance forward each month until the initial partial filing fee is paid in full. Plaintiff shall not be permitted to withdraw funds from his prison account until this initial fee has been paid.

**IT IS FURTHER ORDERED** that after the initial partial filing fee has been paid, Plaintiff's custodian or his designee shall set aside twenty percent of all deposits to Plaintiff's trust fund account and forward those funds to the Clerk each time the set aside amount exceeds $10.00 until the $350.00 filing fee has been paid in full.

**IT IS FURTHER ORDERED** that all payments shall be designated as made in payment of the filing fee for Civil Action No. 125-020. In the event Plaintiff is transferred to another institution, Plaintiff's present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to Plaintiff's new custodian. The balance due from Plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

The Clerk of Court is **DIRECTED** to serve this Order on Plaintiff and Plaintiff's custodian (warden).

SO ORDERED this 7th day of April, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] The Clerk is **DIRECTED** to inform the Court immediately of any payment received from Plaintiff of the initial filing fee.