IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT CULLARS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-020 |
| | ) | |
| MARK MOORE; KALVIN JOHNSON; | ) | |
| JASON DARRACOTT; and | ) | |
| BRIAN GEORGE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Mark Moore, as well as any claims related to the loss of personal property, the First Amendment, habeas corpus relief, or money damages related to Plaintiff's current incarceration, based on the failure to state a claim upon which relief may be granted. The case shall proceed in accordance with the Magistrate Judge's July 18, 2025 Order. (See doc. no. 19.)

SO ORDERED this ___10th___ day of September, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA